CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 27 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KWANZA RASHEED ALANZO MARTINEZ,<br>    Plaintiff, | Civil Action No. 7:13-cv-00335 |
| v. | **MEMORANDUM OPINION** |
| DR. THEODORE THOMPSON, ET AL,<br>    Defendant(s). | By:   Glen E. Conrad<br>Chief United States District Judge |

Kwanza Rasheed Alanzo Martinez, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered July 25, 2013, the court directed plaintiff to pay the $400.00 filing fee to the Clerk within 10 days from the date of the order. Plaintiff was advised that failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because he failed to pay the filing fee. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 26th day of August, 2013.

/s/ Glen E. Conrad
Chief United States District Judge