CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

AUG 27 2013

JULIA C. /s/, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KWANZA RASHEED ALANZO MARTINEZ, | ) | |
| Plaintiff, | ) | Civil Action No. 7:13-cv-00335 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| THOMPSON, ET AL, | ) | By: Glen E. Conrad |
| Defendant(s). | ) | Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 26th day of August, 2013.

_____
Chief United States District Judge